```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12324
    JIMMIE D WALKER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8813

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/28/2006 and was confirmed 01/22/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED VEHIC   9475.00          590.94       1874.31
ILLINOIS DEPT OF REVENUE   PRIORITY        1417.68             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        5943.37             .00           .00
AMO RECOVERIES             UNSECURED      NOT FILED           .00           .00
CAPITAL ONE                UNSECURED       1809.61             .00           .00
CROSSING POINTE            UNSECURED      NOT FILED           .00           .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD           UNSECURED        438.80             .00           .00
HOMECOMINGS FINANCIAL      UNSECURED      NOT FILED           .00           .00
HSBC NV                    UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       3271.42             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED           .00           .00
MEDICAL COLLECTION         UNSECURED      NOT FILED           .00           .00
MIDNIGHT VELVET            UNSECURED      NOT FILED           .00           .00
MRSI                       UNSECURED      NOT FILED           .00           .00
MRSI                       UNSECURED      NOT FILED           .00           .00
MRSI                       UNSECURED      NOT FILED           .00           .00
MUTL H CLCTN               UNSECURED      NOT FILED           .00           .00
NICOR GAS                  UNSECURED       1231.95             .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        402.17             .00           .00
CARMAX AUTO FINANCE        UNSECURED        273.06             .00           .00
ROUNDUP FUNDING LLC        UNSECURED       1249.28             .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     48.00             .00         48.00
ILLINOIS DEPT OF REVENUE   UNSECURED        149.47             .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,500.00                      1,328.45
TOM VAUGHN                 TRUSTEE                                         253.30
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
```

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12324 JIMMIE D WALKER

```
--------------------------------------------------------------------------------
TRUSTEE                                    4,095.00

PRIORITY                                                               48.00
SECURED                                                             1,874.31
    INTEREST                                                          590.94
UNSECURED                                                                .00
ADMINISTRATIVE                                                      1,328.45
TRUSTEE COMPENSATION                                                  253.30
DEBTOR REFUND                                                            .00
                                       ---------------        ---------------
TOTALS                                        4,095.00               4,095.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
       CASE NO. 06 B 12324 JIMMIE D WALKER